**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **FIRST COMMAND FINANCIAL SERVICES, INC.,** | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:15-cv-379-0 |
| v. | § § § | |
| **KIRK HOGAN BAUR,** | § § § | |
| Respondent. | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

By this Notice of Appearance of Counsel, Craig T. Enoch appears in the above-referenced action as counsel for Kirk Hogan Baur. Baur requests that Craig T. Enoch be listed as co-counsel for him in this Court and lead counsel for him on appeal. Baur also requests that the Court and the parties provide Craig T. Enoch and Mr. Enoch's co-counsel, Shelby O'Brien, with copies of all correspondence, motions, briefs, and other communications in this case.

Respectfully Submitted,

By: */s/ Craig T. Enoch*
   Craig T. Enoch  (SBN 00000026)
      cenoch@enochkever.com
   Shelby O'Brien  (SBN 24037203)
      sobrien@enochkever.com
   ENOCH KEVER PLLC
   600 Congress Ave., Suite 2800
   Austin, Texas  78701
   Telephone: (512) 615-1225
   Facsimile: (512)615-1198

**ATTORNEYS FOR RESPONDENT,
KIRK HOGAN BAUR**

## **CERTIFICATE OF SERVICE**

The following counsel have been served by electronic service on October 6, 2015:

Michael G. Brown
  mike.brown@figdav.com
Drew Speicher
  drew.speicher@figdav.com
FIGARI & DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX   75202
Phone: (214) 939-2000
Fax: (214) 939-2090

**Attorneys for First Command Financial Services, Inc.**


Christopher B. Trowbridge
  ctrowbridge@bellnunnally.com
Beverly A. Whitley
  bwhitley@bellnunnally.com
Benjamin L. Riemer
  briemer@bellnunnally.com
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204

Benjamin Folkman
  benfolkman@folkmanlaw.com
Paul C. Jensen, Jr.
  pauljensen@folkmanlaw.com
FOLKMAN LAW OFFICES, P.C.
1949 Berlin Road, Suite 100
Cherry Hill, New Jersey 08003

**Attorneys for Kirk Hogan Baur**


                                        */s/ Craig T. Enoch*
                                        Craig T. Enoch